UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-　　　　　　　　　　　　　　　　　　　　　　　　No.  21-CR-52-LTS

JOSE ARROYO-RIVERA　　　　　　　　　　　　　　　　Order

       Defendant.

-------------------------------------------------------x

       The change of plea hearing in this case is scheduled to proceed on **November 30, 2021**, at **3:15PM** in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

       The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

       SO ORDERED.

Dated: New York, New York　　　　　　　　　　_/s/ Laura Taylor Swain_____
       November 29, 2021　　　　　　　　　　LAURA TAYLOR SWAIN
                                                       Chief United States District Judge