**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider                                                Tel: (212) 571-5500
Robert A. Soloway                                               Fax: (212) 571-5507
David Stern

———————
Rachel Perillo

                                                February 2, 2022

**By ECF & Email**
Honorable Laura Taylor Swain                    MEMO ENDORSED
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

          Re:  United States v. Jose Arroyo-Rivera
               21 Cr. 52 (LTS)

Dear Judge Swain:

    I represent Mr. Arroyo-Rivera in the above-captioned matter.  I am writing with the consent of the government by AUSA Sarah Kushner, and US Probation Officer Sara Willette, to respectfully request a six-week adjournment of Mr. Arroyo-Rivera's sentence, which is presently scheduled for March 16, 2022 at 2:00 p.m.

    An adjournment is needed because we have been unable to conduct the pre-sentence interview since in-person visiting at Essex County Correctional Facility, where Mr. Arroyo-Rivera is in custody, has been suspended due to Covid-19. I believe it is in Mr. Arroyo-Rivera's best interest to be interviewed in person; however, if we are unable to conduct an in-person interview in the next six weeks, we will agree to proceed by video so as not to further delay Mr. Arroyo-Rivera's sentence.

    If the Court has any questions regarding this application, please do not hesitate to contact me.

Honorable Laura Taylor Swain
February 2, 2022
Page Two

                                        Respectfully submitted,
                                                 /s/
                                        David Stern

cc:   AUSA Sarah Kushner (by ECF & Email)
      USPO Sara Willette (by Email)

The foregoing adjournment request is granted.  The sentencing proceeding is hereby rescheduled for May 10, 2022, at 10:00a.m.  Dkt. no. 73 resolved.
SO ORDERED.
2/2/2022
/s/ Laura Taylor Swain, Chief USDJ