UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                    No.   21 CR  00052 -LTS

JOSE ARROYO-RIVERA,

        Defendant.

-------------------------------------------------------x

## ORDER

The sentencing hearing in this case is scheduled to proceed on **July 6, 2022**, at **10:30a.m**. in Courtroom 17C.  The parties' attention is directed to the attached information regarding courthouse entry, and to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

     SO ORDERED.

Dated: New York, New York
       June 30, 2022

                                                                                             /s/ Laura Taylor Swain
                                                                                           LAURA TAYLOR SWAIN
                                                                                          Chief United States District Judge