UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                       No.   21 CR  00052 -LTS

JOSE ARROYO-RIVERA,

       Defendant.

--------------------------------------------------------x

ORDER

The sentencing hearing in this case is rescheduled to proceed on **August 2, 2022**, at **12:00 p.m**. (noon) in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.


     SO ORDERED.

Dated: New York, New York
       July 20, 2022

                                        __/s/ Laura Taylor Swain_____
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge