**ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP**

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman                                          Tel: (212) 571-5500
Jeremy Schneider                                             Fax: (212) 571-5507
Robert A. Soloway
David Stern

Rachel Perillo

September 8, 2022

**VIA ECF**
Hon. Laura T. Swain
United States District Judge             **MEMO ENDORSED**
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:  United States v. Jose Arroyo-Rivera
             21 Cr. 052 (LTS)

Dear Judge Swain:

    I represented Jose Arroyo-Rivera in the above referenced matter. An associate of my firm, Rachel Perillo expended a total of 23.8 hours, nunc pro tunc to February 2, 2022, assisting me in this matter. Much of that time involved reviewing notes, and work on the sentencing submission. None of Ms. Perillo's work was duplicative.

    Therefore, it is respectfully requested that your Honor approve payment at an hourly rate of $90.00 for associate time spent representing Mr. Arroyo-Rivera in this matter. Thank you very much.

The foregoing request is granted, nunc
pro tunc. Dkt. not. 126 resolved.
SO ORDERED.
9/12/2022
/s/ Laura Taylor Swain, Chief USDJ

Sincerely,

*David Stern*

David Stern

DS/sc